## Commonwealth *v.* Mangus, Appellant.

Submitted March 12, 1973. *Smith B. Gephart,* Assistant Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order and judgment affirmed.

## Commonwealth *v.* Rauser, Appellant.

Submitted March 29, 1973. *Harold E. Martin,* for appellant; *D. Richard Eckman* and *Michael H. Ranck,* Assistant District Attorneys, and *Clarence C. Newcomer,* District Attorney for Commonwealth, appellee.

Judgment of sentence affirmed.